**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1157**

---

CALVIN EARL BROWN,

Plaintiff - Appellant,

versus

WILLIAM C. GRIFFIN, JR.; CLIFTON M. EVERETT,
JR.; THOMAS S. PAYNE III, Clerk of Court;
VICKY EVERETT, Clerk of Superior Court;
NATIONSBANK OF NORTH CAROLINA, N.A.,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
District Judge.  (CA-96-150)

---

Submitted:  April 17, 1997          Decided:  April 30, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER,[*] Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

  [*] Senior Judge Butzner did not participate in consideration of
this case. The opinion is filed by a quorum of the panel pursuant
to 28 U.S.C. § 46(d).

Calvin Earl Brown, Appellant Pro Se. Charles Jerome Murray, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina; Leslie Calkins O'Toole, Alex John Hagan, SMITH, HELMS, MULLISS & MOORE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's order granting Appellees' motion for summary judgment because the record reveals that the complaint fails to state a claim upon which relief may be granted. <u>See</u> Fed. R. Civ. P. 12(b)(6). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>